EXHIBIT 035

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| 4. A method for exchanging messages in an integrated circuit comprising a plurality of modules, the messages between the plurality of modules being exchanged via a network | Without conceding that the preamble of claim 4 of the '9893 Patent is limiting, the Motorola Edge+ Gen 2 (hereinafter, the "Motorola product") performs a method for exchanging messages in an integrated circuit comprising a plurality of modules, the messages between the plurality of modules being exchanged via a network, either literally or under the doctrine of equivalents.<br><br>The Motorola product includes an integrated circuit.  For example, the Motorola product includes the Qualcomm Snapdragon 8 Gen 1 Mobile Platform system on chip (hereinafter, the "Snapdragon SoC").<br><br> |

---

[1] The Motorola product is charted as a representative product made used, sold, offered for sale, and/or imported by Motorola.  The citations to evidence contained herein are illustrative and should not be understood to be limiting.  The right is expressly reserved to rely upon additional or different evidence, or to rely on additional citations to the evidence cited already cited herein.

4866-5149-4465.3

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | https://www.qualcomm.com/snapdragon/device-finder/motorola-edge--gen-2 |

The Snapdragon SoC comprises a plurality of modules, for example Qualcomm Adreno GPU; Qualcomm Kryo CPU; Qualcomm Hexagon Processor; and Platform Security Foundations, Trusted Execution Environment & Services, Secure Processing Unit (SPU):



**Snapdragon**
8 mobile platform
Gen 1

SPECIFICATIONS & FEATURES

**Artificial Intelligence**

Qualcomm® Adreno™ GPU

Qualcomm® Kryo™ CPU

Qualcomm® Hexagon™ Processor
- Fused AI Accelerator
  - Hexagon Tensor Accelerator
  - Hexagon Vector eXtensions
  - Hexagon Scalar Accelerator
- Support for mix precision (INT8+INT16)
- Support for all precisions (INT8, INT16, FP16)

Qualcomm® Sensing Hub

**5G Modem-RF System**

Snapdragon X65 5G Modem-RF System
- 5G mmWave and sub-6 GHz, standalone (SA) and non-standalone (NSA) modes, FDD, TDD
- Dynamic Spectrum Sharing
- mmWave: 1000 MHz bandwidth, 8 carriers, 2x2 MIMO
- Sub-6 GHz: 300 MHz bandwidth, 4x4 MIMO
- Qualcomm® 5G PowerSave 2.0
- Qualcomm® Smart Transmit™ 2.0 technology
- Qualcomm® Wideband Envelope Tracking
- Qualcomm® AI-Enhanced Signal Boost
- Global 5G multi-SIM

Downlink: Up to 10 Gbps

Multimode support: 5G NR, LTE including CBRS, WCDMA, HSPA, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE

**Camera**

Qualcomm Spectra™ Image Signal Processor
- Triple 18-bit ISPs
- Up to 3.2 Gigapixels per Second computer vision ISP (CV-ISP)
- Up to 36 MP triple camera @ 30 FPS with Zero Shutter Lag
- Up to 64+36 MP dual camera @ 30 FPS with Zero Shutter Lag
- Up to 108 MP single camera @ 30 FPS with Zero Shutter Lag
- Up to 200 Megapixel Photo Capture

Rec. 2020 color gamut photo and video capture

Up to 10-bit color depth photo and video capture

8K HDR Video Capture + 64 MP Photo Capture

10-bit HEIF: HEIC photo capture, HEVC video capture

Video Capture Formats: HDR10+, HDR10, HLG, Dolby Vision

8K HDR Video Capture @ 30 FPS

4K Video Capture @ 120 FPS

Slow-mo video capture at 720p @ 960 FPS

Bokeh Engine for Video Capture

Video super resolution

Multi-frame Noise Reduction (MFNR)

Locally Motion Compensated Temporal Filtering

Multi-Frame and triple exposure staggered/digital overlap HDR dual-sensor support

AI-based face detection, auto-focus, and auto-exposure

**CPU**

Kryo CPU
- Up to 3.0 GHz*, with Arm Cortex-X2 technology
- 64-bit Architecture

**Visual Subsystem**

Adreno GPU
- Vulkan® 1.1 API support
- HDR gaming (10-bit color depth, Rec. 2020 color gamut)
- Physically Based Rendering
- Volumetric Rendering
- Adreno Frame Motion Engine
- API Support: OpenGL® ES 3.2, OpenCL™ 2.0 FP, Vulkan 1.1
- Hardware-accelerated H.265 and VP9 decoder
- HDR Playback Codec support for HDR10+, HDR10, HLG and Dolby Vision

**Security**

Platform Security Foundations, Trusted Execution Environment & Services, Secure Processing Unit (SPU)

Trust Management Engine

Qualcomm® wireless edge services (WES) and premium security features

Qualcomm® 3D Sonic Sensor and Qualcomm 3D Sonic Max (fingerprint sensor)

Qualcomm® Type-1 Hypervisor

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
|  |  |

https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/snapdragon-8-gen-1-mobile-platform-product-brief.pdf

The Snapdragon SoC included in the Motorola product utilizes Arteris network on chip interconnect technology, and/or a derivative thereof, (collectively, the "Arteris NoC") for exchanging messages:

4

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | <br><br>https://web.archive.org/web/20210514110614/https://www.arteris.com/customers |

4866-5149-4465.3

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | ## Certain Arteris Technology Assets Acquired |
| | by **Kurt Shuler**, on October 31, 2013 |
| | Arteris to continue to license, support and maintain Arteris FlexNoC® interconnect IP |
| | SUNNYVALE, California — October 31, 2013 — Arteris Inc., a leading innovator and supplier of silicon-proven commercial network-on-chip (NoC) interconnect IP solutions, today announced that Qualcomm Technologies, Inc. ("Qualcomm"), a subsidiary of Qualcomm Incorporated, has acquired certain technology assets from Arteris and hired personnel formerly employed by Arteris. |
| | " *Arteris NoC technology has been and will continue to be a key enabler for creating larger and more complex chips in a shorter amount of time at a lower cost. This acquisition of our technology assets represents a validation of the value of Arteris' Network-on-Chip interconnect IP technology.* |
| | *ARTERIS* IP |
| | K. Charles Janac, President and CEO, **Arteris** |
| | https://www.arteris.com/press-releases/Qualcomm-Arteris-asset-acquisition-2013_oct_31; https://www.fiercewireless.com/tech/qualcomm-acquires-arteris-noc-tech-assets-team |
| | The Arteris NoC exchanges messages between the plurality of modules via a network in the Snapdragon SoC included in the Motorola product. |
| | For example, in the Arteris NoC, "[m]ost transactions require the following two-step transfers," including "[a] master send[ing] request packets" and "the slave return[ing] response packets": |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
|  | ### 11.3.1.1   *Transaction Layer*<br><br>The transaction layer is compatible with bus-based transaction protocols used for on-chip communications. It is implemented in NIUs, which are at the boundary of the NoC, and translates between third-party and NTTP protocols. Most transactions require the following two-step transfers:<br><br>• A master sends request packets.<br>• Then, the slave returns response packets.<br><br>As shown in Figure 11.1, requests from an initiator are sent through the master NIU's transmit port, Tx, to the NoC request network, where they are routed to the corresponding slave NIU. Slave NIUs, upon reception of request packets<br><br>on their receive ports, Rx, translate requests so that they comply with the protocol used by the target third-party IP node. When the target node responds, returning responses are again converted by the slave NIU into appropriate response packets, then delivered through the slave NIU's Tx port to the response network. The network then routes the response packets to the requesting master NIU, which forwards them to the initiator. At the transaction level, NIUs enable multiple protocols to coexist within the same NoC. From the point of view of the NTTP modules, different third-party protocols are just packets moving back and forth across the network. |

4866-5149-4465.3

U.S. Patent No. 7,769,893 (Goossens)
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| |  |

**FIGURE 11.1**
NTTP protocol layers mapped on NoC units and Media Independent NoC Interface—MINI.

*See* Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 312-313; *see id* at 308 (explaining that Chapter 11 of this book describes the function of the Arteris NoC: "In this chapter we will present an MPSoC platform […] using Arteris NoC as communication infrastructure.").

As a further illustration, a large SoC, such as the Snapdragon SoC included in the Motorola product may include multiple classes of Arteris NoC network:

8

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| |  *See* Physical Interconnect Aware Network Optimizer, http://www.ispd.cc/slides/2018/s7_2.pdf, at slide 9. |
| wherein a message issued by an addressing module M comprises: | Without conceding that the preamble of claim 4 of the '9893 Patent is limiting, a message issued by an addressing module M in the Snapdragon SoC included in the Motorola product via the Arteris NoC comprises first information indicative of a location of an addressed message receiving module S  within the network and is comprised of (1) a connection identifier identifying two or more message receiving modules S and (2) an identifier of a passive network interface means associated with the addressed message receiving module S, and second information |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| first information indicative of a location of an addressed message receiving module S within the network and is comprised of (1) a connection identifier identifying two or more message receiving modules S and (2) an identifier of a passive network interface means associated with the addressed message receiving module S, and second information indicative of a particular location within the addressed message receiving module S, such as | indicative of a particular location within the addressed message receiving module S, such as a memory, or a register address, either literally or under the doctrine of equivalents.<br><br>For example, the Arteris NoC used in the Snapdragon SoC included in the Motorola product uses Network Interface Units (NIUs), which "translate[] between third-party [OCP, AMBA AHB, APB, and AXI protocols] and NTTP protocols" and in the Arteris NoC, "[m]ost transactions require the following two-step transfers," including "[a] master send[ing] request packets" and "the slave return[ing] response packets":<br><br>### 11.3.1.1   Transaction Layer<br><br>The transaction layer is compatible with bus-based transaction protocols used for on-chip communications. It is implemented in NIUs, which are at the boundary of the NoC, and translates between third-party and NTTP protocols. Most transactions require the following two-step transfers:<br><br>• A master sends request packets.<br>• Then, the slave returns response packets.<br><br>As shown in Figure 11.1, requests from an initiator are sent through the master NIU's transmit port, Tx, to the NoC request network, where they are routed to the corresponding slave NIU. Slave NIUs, upon reception of request packets |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| a memory, or a register address, | on their receive ports, Rx, translate requests so that they comply with the protocol used by the target third-party IP node. When the target node responds, returning responses are again converted by the slave NIU into appropriate response packets, then delivered through the slave NIU's Tx port to the response network. The network then routes the response packets to the requesting master NIU, which forwards them to the initiator. At the transaction level, NIUs enable multiple protocols to coexist within the same NoC. From the point of view of the NTTP modules, different third-party protocols are just packets moving back and forth across the network. |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| |  **FIGURE 11.1** NTTP protocol layers mapped on NoC units and Media Independent NoC Interface—MINI. *See* Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 311, 312-313. As a further illustration, connections between initiator module NIUs (e.g., "CPUbigAIU/1/0") and two or more target module NIUs (e.g., "ETTarg/T/0," "EMMC/T/0," "Flash/T/0," "NFC/T0," "PCIeTarg/T/0," etc.) within the Arteris NoC may be defined by a connectivity table: |

4866-5149-4465.3

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| |  |

*See* Physical Interconnect Aware Network Optimizer, http://www.ispd.cc/slides/2018/s7_2.pdf, at slide 12.

As a further illustration, the "Arteris NTTP protocol is packet-based" and the packets, which have "header and necker cells [that] contain information relative to routing, payload size, packet type, and the packet target address," are "transported to other parts of the NoC to accomplish the transactions that are required by foreign IP nodes":

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | ***11.3.1.2   Transport Layer***<br><br>The Arteris NTTP protocol is packet-based. Packets created by NIUs are transported to other parts of the NoC to accomplish the transactions that are required by foreign IP nodes. All packets are comprised of cells: a header cell, an optional necker cell, and possibly one or more data cells (for packet definition see Figure 11.2; further descriptions of the packet can be found in the next subsection). The header and necker cells contain information relative to routing, payload size, packet type, and the packet target address. Formats for request packets and response packets are slightly different, with the key difference being the presence of an additional cell, the necker, in the request packet to provide detailed addressing information to the target.<br><br>*See* Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 313.<br><br>As a further example, the packets sent in the Arteris NoC are "composed of cells that are organized into fields, with each field carrying specific information," including "Slave address" and "Slave offset": |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | <table><tr><td>**Field**</td><td>**Size**</td><td>**Function**</td></tr><tr><td>Opcode</td><td>4 bits/3 bits</td><td>Packet type: 4 bits for requests, 3 bits for responses</td></tr><tr><td>MstAddr</td><td>User Defined</td><td>Master address</td></tr><tr><td>SlvAddr</td><td>User Defined</td><td>Slave address</td></tr><tr><td>SlvOfs</td><td>User Defined</td><td>Slave offset</td></tr><tr><td>Len</td><td>User Defined</td><td>Payload length</td></tr><tr><td>Tag</td><td>User Defined</td><td>Tag</td></tr><tr><td>Prs</td><td>User defined (0 to 2)</td><td>Pressure</td></tr><tr><td>BE</td><td>0 or 4 bits</td><td>Byte enables</td></tr><tr><td>CE</td><td>1 bit</td><td>Cell error</td></tr><tr><td>Data</td><td>32 bits</td><td>Packet payload</td></tr><tr><td>Info</td><td>User Defined</td><td>Information about services supported by the NoC</td></tr><tr><td>Err</td><td>1 bit</td><td>Error bit</td></tr><tr><td>StartOfs</td><td>2 bits</td><td>Start offset</td></tr><tr><td>StopOfs</td><td>2 bits</td><td>Stop offset</td></tr><tr><td>WrpSize</td><td>4 bits</td><td>Wrap size</td></tr><tr><td>Rsv</td><td>Variable</td><td>Reserved</td></tr><tr><td>CtlId</td><td>4 bits/3 bits</td><td>Control identifier, for control packets only</td></tr><tr><td>CtlInfo</td><td>Variable</td><td>Control information, for control packets only</td></tr><tr><td>EvtId</td><td>User defined</td><td>Event identifier, for event packets only</td></tr></table> |

15

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| |  **FIGURE 11.2** NTTP packet structure. Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 313, 314-315. As a further example, "[i]nitiator NIU units…translate[] AHB transactions AHB transactions into an equivalent NTTP packet sequence, and transports requests and responses to and from a target NIU, that is, slave IP" and the "AHB-to-NTTP unit instantiates a Translation Table for address decoding" with the table "receiv[ing] 32-bit AHB addresses from the NIU and returns the packet header and necker information that is needed to access the NTTP address space: Slave address, Slave offset, Start offset, and the coherency size": |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | ### 11.3.2.1   *Initiator NIU Units* |
| | Initiator NIU units (the architecture of the AHB initiator is given in Figure 11.4) enable connection between an AMBA-AHB master IP and the NoC. It translates AHB transactions into an equivalent NTTP packet sequence, and transports requests and responses to and from a target NIU, that is, slave IP (slave can be any of the supported protocols). The AHB-to-NTTP unit instantiates a Translation Table for address decoding. This table receives 32-bit AHB addresses from the NIU and returns the packet header and necker information that is needed to access the NTTP address space: Slave address, Slave offset, Start offset, and the coherency size (see Figure 11.2). Whenever the AHB address does not fit the predefined decoding range, the table asserts an error signal that sets the error bit of the corresponding NTTP request packet, for further error handling by the NoC. The translation table is fully user-defined at design time: it must first be completed with its own hardware parameters, then passed to the NIU. |
| | Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 317. |
| | As further example, "[f]or the AHB target NIU, the AHB address space is mapped from the NTTP address space using the slave offset, the start/stop offset, and the slave address fields, when applicable (from the header of the request packet, Figure 11.2)": |

17

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | **11.3.2.2   Target NIU Units**<br><br>Target NIU units enable connection of a slave IP to the NoC by translating NTTP packet sequences into equivalent packet transactions, and transporting requests and responses to and from targets (the architecture of the AHB Target NIU is given in Figure 11.5). For the AHB target NIU, the AHB address space is mapped from the NTTP address space using the slave offset, the start/stop offset, and the slave address fields, when applicable (from the header of the request packet, Figure 11.2). The AHB address bus is always<br><br>*Id.* at 318. |
| the method including the steps of:<br><br>(a) issuing from said addressing module M a message request including said first information, said second information, and data and/or connection properties to an address | The Arteris NoC utilized by the Snapdragon SoC included in the Motorola product issues from said addressing module M a message request including said first information, said second information, and data and/or connection properties to an address translation unit included as part of an active network interface module associated with said addressing module M, either literally or under the doctrine of equivalents.<br><br>For example, the Arteris NoC used in the Snapdragon SoC included in the Motorola product uses Network Interface Units (NIUs), which "translate[] between third-party [OCP, AMBA AHB, APB, and AXI protocols] and NTTP protocols" and in the Arteris NoC, "[m]ost transactions require the following two-step transfers," including "[a] master send[ing] request packets" and "the slave return[ing] response packets": |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| translation unit included as part of an active network interface module associated with said addressing module M, | ### 11.3.1.1  *Transaction Layer*<br><br>The transaction layer is compatible with bus-based transaction protocols used for on-chip communications. It is implemented in NIUs, which are at the boundary of the NoC, and translates between third-party and NTTP protocols. Most transactions require the following two-step transfers:<br><br>• A master sends request packets.<br>• Then, the slave returns response packets.<br><br>As shown in Figure 11.1, requests from an initiator are sent through the master NIU's transmit port, Tx, to the NoC request network, where they are routed to the corresponding slave NIU. Slave NIUs, upon reception of request packets<br><br>on their receive ports, Rx, translate requests so that they comply with the protocol used by the target third-party IP node. When the target node responds, returning responses are again converted by the slave NIU into appropriate response packets, then delivered through the slave NIU's Tx port to the response network. The network then routes the response packets to the requesting master NIU, which forwards them to the initiator. At the transaction level, NIUs enable multiple protocols to coexist within the same NoC. From the point of view of the NTTP modules, different third-party protocols are just packets moving back and forth across the network. |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| |  |

**FIGURE 11.1**
NTTP protocol layers mapped on NoC units and Media Independent NoC Interface—MINI.

*See* Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 312-313.

As a further illustration, connections between initiator module NIUs (e.g., "CPUbigAIU/1/0") and two or more target module NIUs (e.g., "ETTarg/T/0," "EMMC/T/0," "Flash/T/0," "NFC/T0," "PCIeTarg/T/0," etc.) within the Arteris NoC may be defined by a connectivity table:

20

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | <br><br>*See* Physical Interconnect Aware Network Optimizer, http://www.ispd.cc/slides/2018/s7_2.pdf, at slide 12.<br><br>As a further illustration, the "Arteris NTTP protocol is packet-based" and the packets, which have "header and necker cells [that] contain information relative to routing, payload size, packet type, and the packet target address," are "transported to other parts of the NoC to accomplish the transactions that are required by foreign IP nodes": |

4866-5149-4465.3

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | ### 11.3.1.2   *Transport Layer* <br><br> The Arteris NTTP protocol is packet-based. Packets created by NIUs are transported to other parts of the NoC to accomplish the transactions that are required by foreign IP nodes. All packets are comprised of cells: a header cell, an optional necker cell, and possibly one or more data cells (for packet definition see Figure 11.2; further descriptions of the packet can be found in the next subsection). The header and necker cells contain information relative to routing, payload size, packet type, and the packet target address. Formats for request packets and response packets are slightly different, with the key difference being the presence of an additional cell, the necker, in the request packet to provide detailed addressing information to the target. <br><br> *Id.* at 313. <br><br> As yet a further illustration, packets in the Arteris NoC are "delivered as words that are sent along links and "[o]ne link (represented in Figure 11.1) defines the following signals," which include "the current priority of the packet used to define preferred traffic class (or Quality of Service)" and "[f]low control": |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

maximum cell-width (header, necker, and data cell) and the link-width. One link (represented in Figure 11.1) defines the following signals:

- **Data**—Data word of the width specified at design-time.
- **Frm**—When asserted high, indicates that a packet is being transmitted.
- **Head**—When asserted high, indicates the current word contains a packet header. When the link-width is smaller than single (SGL), the header transmission is split into several word transfers. However, the Head signal is asserted during the first transfer only.
- **TailOfs**—Packet tail: when asserted high, indicates that the current word contains the last packet cell. When the link-width is smaller than single (SGL), the last cell transmission is split into several word transfers. However, the Tail signal is asserted during the first transfer only.
- **Pres.**—Indicates the current priority of the packet used to define preferred traffic class (or Quality of Service). The width is fixed during the design time, allowing multiple pressure levels within the same NoC instance (bits 3–5 in Figure 11.2).
- **Vld**—Data valid: when asserted high, indicates that a word is being transmitted.
- **RxRdy**—Flow control: when asserted high, the receiver is ready to accept word. When de-asserted, the receiver is busy.

This signal set, which constitutes the Media Independent NoC Interface (MINI), is the foundation for NTTP communications.

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | *Id.* at 313-314.<br><br>As a further example, the packets sent in the Arteris NoC are "composed of cells that are organized into fields, with each field carrying specific information," including "Pres," "Slave address" and "Slave offset": |

| Field | Size | Function |
|---|---|---|
| Opcode | 4 bits/3 bits | Packet type: 4 bits for requests, 3 bits for responses |
| MstAddr | User Defined | Master address |
| SlvAddr | User Defined | Slave address |
| SlvOfs | User Defined | Slave offset |
| Len | User Defined | Payload length |
| Tag | User Defined | Tag |
| Prs | User defined (0 to 2) | Pressure |
| BE | 0 or 4 bits | Byte enables |
| CE | 1 bit | Cell error |
| Data | 32 bits | Packet payload |
| Info | User Defined | Information about services supported by the NoC |
| Err | 1 bit | Error bit |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | |

StartOfs    2 bits      Start offset

StopOfs    2 bits      Stop offset

WrpSize    4 bits      Wrap size

Rsv         Variable     Reserved

CtlId       4 bits/3 bits   Control identifier, for control packets only

CtlInfo     Variable     Control information, for control packets only

EvtId      User defined   Event identifier, for event packets only



**FIGURE 11.2**
NTTP packet structure.

Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 313, 314-315.

As a further example, "[i]nitiator NIU units…translate[] AHB transactions AHB transactions into an equivalent NTTP packet sequence, and transports requests and responses to and from a target

25

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | NIU, that is, slave IP" and the "AHB-to-NTTP unit instantiates a Translation Table for address decoding" with the table "receiv[ing] 32-bit AHB addresses from the NIU and returns the packet header and necker information that is needed to access the NTTP address space: Slave address, Slave offset, Start offset, and the coherency size": |

### 11.3.2.1   Initiator NIU Units

Initiator NIU units (the architecture of the AHB initiator is given in Figure 11.4) enable connection between an AMBA-AHB master IP and the NoC. It translates AHB transactions into an equivalent NTTP packet sequence, and transports requests and responses to and from a target NIU, that is, slave IP (slave can be any of the supported protocols). The AHB-to-NTTP unit instantiates a Translation Table for address decoding. This table receives 32-bit AHB addresses from the NIU and returns the packet header and necker information that is needed to access the NTTP address space: Slave address, Slave offset, Start offset, and the coherency size (see Figure 11.2). Whenever the AHB address does not fit the predefined decoding range, the table asserts an error signal that sets the error bit of the corresponding NTTP request packet, for further error handling by the NoC. The translation table is fully user-defined at design time: it must first be completed with its own hardware parameters, then passed to the NIU.

Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 317.

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
|  | As further example, "[f]or the AHB target NIU, the AHB address space is mapped from the NTTP address space using the slave offset, the start/stop offset, and the slave address fields, when applicable (from the header of the request packet, Figure 11.2)": |

### 11.3.2.2   Target NIU Units

Target NIU units enable connection of a slave IP to the NoC by translating NTTP packet sequences into equivalent packet transactions, and transporting requests and responses to and from targets (the architecture of the AHB Target NIU is given in Figure 11.5). For the AHB target NIU, the AHB address space is mapped from the NTTP address space using the slave offset, the start/stop offset, and the slave address fields, when applicable (from the header of the request packet, Figure 11.2). The AHB address bus is always

*Id.* at 318.

As a further illustration, the Arteris NoC implements Quality of Service (QoS) to "provide[] a regulation mechanism allowing specification of guarantees on some of the parameters related to the traffic"; "QoS, which includes guarantees of throughput and/or latency, is achieved by exploiting the signal pressure embedded into the NTTP packet definition" where the "pressure signal can be generated by the IP itself and is typically linked to a certain level of urgency with which the transaction will have to be completed"; and the "pressure information will be embedded in the NTTP packet at the NIU level":

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
|  | **Quality of Service (QoS).** The QoS is a very important feature in the interconnect infrastructures because it provides a regulation mechanism allowing specification of guarantees on some of the parameters related to the traffic. Usually the end users are looking for guarantees on bandwidth and/or end-to-end communication latency. Different mechanisms and strategies have been proposed in the literature. For instance, in Æthereal NoC [11,24] proposed by NXP, a TDMA approach allows the specification of two traffic categories [25]: BE and GT. <br><br> In the Arteris NoC, the QoS is achieved by exploiting the signal pressure embedded into the NTTP packet definition (Figures 11.1 and 11.2). The pressure |

28

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | signal can be generated by the IP itself and is typically linked to a certain level of urgency with which the transaction will have to be completed. For example, we can imagine associating the generation of the pressure signal when a certain threshold has been reached in the FIFO of the corresponding IP. This pressure information will be embedded in the NTTP packet at the NIU level: packets that have pressure bits equal to zero will be considered without QoS; packets with a nonzero value of the pressure bit will indicate preferred traffic class.* Such a QoS mechanism offers immediate service to the most urgent inputs and variables, and fair service whenever there are multiple contending inputs of equal urgency (BE). Within switches, arbitration decisions favor preferred packets and allocate remaining bandwidth (after preferred packets are served) fairly to contending packets. When there are contending preferred packets at the same pressure level, arbitration decisions among them are also fair. <br><br> The Arteris NoC supports the following four different traffic classes: |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | <ul><li>**Real time and low latency (RTLL)**—Traffic flows that require the lowest possible latency. Sometimes it is acceptable to have brief intervals of longer latency as long as the average latency is low. Care must be taken to avoid starving other traffic flows as a side effect of pursuing low latency.</li><li>**Guaranteed throughput (GT)**—Traffic flows that must maintain their throughput over a relatively long time interval. The actual bandwidth needed can be highly variable even over long intervals. Dynamic pressure is employed for this traffic class.</li><li>**Guaranteed bandwidth (GBW)**—Traffic flows that require a guaranteed amount of bandwidth over a relatively long time interval. Over short periods, the network may lag or lead in providing this bandwidth. Bandwidth meters may be inserted onto links in the NoC to regulate these flows, using either of the two methods. If the flow is assigned high pressure, the meter asserts backpressure (flow control) to prevent the flow from exceeding a maximum bandwidth. Alternatively, the meter can modulate the flows pressure (priority) dynamically as needed to maintain an average bandwidth.</li><li>**Best effort (BE)**—Traffic flows that do not require guaranteed latency or throughput but have an expectation of fairness.</li></ul> |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
|  | * Note that in the NTTP packet, the pressure field allows more then one bit, resulting in multiple levels of preferred traffic.<br><br>Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 315-316.<br><br>Connections within the Arteris NoC may be defined by a connectivity table:<br><br> |

**U.S. Patent No. 7,769,893 (Goossens)**

"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | *See* Physical Interconnect Aware Network Optimizer, http://www.ispd.cc/slides/2018/s7_2.pdf, at slide 12.<br><br>As a further illustration, connections within the Arteris NoC may be classified by traffic class and traffic classes, including related to latency, may be mapped onto the Arteris interconnect topology:<br><br> |

4866-5149-4465.3

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
|  |  |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
|  | <br><br>*See* Physical Interconnect Aware Network Optimizer, http://www.ispd.cc/slides/2018/s7_2.pdf, at slides 11, 13, 16. |
| (b) arranging, at said address translation unit, the first and the second | The Arteris NoC utilized by the Snapdragon SoC included in the Motorola product arranges, at said address translation unit, the first and the second information comprising said issued message as a single address, either literally or under the doctrine of equivalents. |

4866-5149-4465.3

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| information comprising said issued message as a single address, | For example, the Arteris NoC used in the Snapdragon SoC included in the Motorola product uses Network Interface Units (NIUs), which "translate[] between third-party [OCP, AMBA AHB, APB, and AXI protocols] and NTTP protocols" and in the Arteris NoC, "[m]ost transactions require the following two-step transfers," including "[a] master send[ing] request packets" and "the slave return[ing] response packets": |

*11.3.1.1   Transaction Layer*

The transaction layer is compatible with bus-based transaction protocols used for on-chip communications. It is implemented in NIUs, which are at the boundary of the NoC, and translates between third-party and NTTP protocols. Most transactions require the following two-step transfers:

- A master sends request packets.
- Then, the slave returns response packets.

As shown in Figure 11.1, requests from an initiator are sent through the master NIU's transmit port, Tx, to the NoC request network, where they are routed to the corresponding slave NIU. Slave NIUs, upon reception of request packets

35

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
|  | on their receive ports, Rx, translate requests so that they comply with the protocol used by the target third-party IP node. When the target node responds, returning responses are again converted by the slave NIU into appropriate response packets, then delivered through the slave NIU's Tx port to the response network. The network then routes the response packets to the requesting master NIU, which forwards them to the initiator. At the transaction level, NIUs enable multiple protocols to coexist within the same NoC. From the point of view of the NTTP modules, different third-party protocols are just packets moving back and forth across the network. |

36

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| |  **FIGURE 11.1** NTTP protocol layers mapped on NoC units and Media Independent NoC Interface—MINI. *See* Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 312-313. As a further illustration, connections between initiator module NIUs (e.g., "CPUbigAIU/1/0") and two or more target module NIUs (e.g., "ETTarg/T/0," "EMMC/T/0," "Flash/T/0," "NFC/T0," "PCIeTarg/T/0," etc.) within the Arteris NoC may be defined by a connectivity table: |

37

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| |  |

See Physical Interconnect Aware Network Optimizer, http://www.ispd.cc/slides/2018/s7_2.pdf, at slide 12.

As a further illustration, the "Arteris NTTP protocol is packet-based" and the packets, which have "header and necker cells [that] contain information relative to routing, payload size, packet type, and the packet target address," are "transported to other parts of the NoC to accomplish the transactions that are required by foreign IP nodes":

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | ***11.3.1.2   Transport Layer***<br><br>The Arteris NTTP protocol is packet-based. Packets created by NIUs are transported to other parts of the NoC to accomplish the transactions that are required by foreign IP nodes. All packets are comprised of cells: a header cell, an optional necker cell, and possibly one or more data cells (for packet definition see Figure 11.2; further descriptions of the packet can be found in the next subsection). The header and necker cells contain information relative to routing, payload size, packet type, and the packet target address. Formats for request packets and response packets are slightly different, with the key difference being the presence of an additional cell, the necker, in the request packet to provide detailed addressing information to the target.<br><br>*Id.* at 313.<br><br>As a further example, the packets sent in the Arteris NoC are "composed of cells that are organized into fields, with each field carrying specific information," including "Pres," "Slave address" and "Slave offset": |

**U.S. Patent No. 7,769,893 (Goossens)**

"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | <br> |

| Field | Size | Function |
|---|---|---|
| Opcode | 4 bits/3 bits | Packet type: 4 bits for requests, 3 bits for responses |
| MstAddr | User Defined | Master address |
| SlvAddr | User Defined | Slave address |
| SlvOfs | User Defined | Slave offset |
| Len | User Defined | Payload length |
| Tag | User Defined | Tag |
| Prs | User defined (0 to 2) | Pressure |
| BE | 0 or 4 bits | Byte enables |
| CE | 1 bit | Cell error |
| Data | 32 bits | Packet payload |
| Info | User Defined | Information about services supported by the NoC |
| Err | 1 bit | Error bit |
| | | |
| StartOfs | 2 bits | Start offset |
| StopOfs | 2 bits | Stop offset |
| WrpSize | 4 bits | Wrap size |
| Rsv | Variable | Reserved |
| CtlId | 4 bits/3 bits | Control identifier, for control packets only |
| CtlInfo | Variable | Control information, for control packets only |
| EvtId | User defined | Event identifier, for event packets only |

40

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | <br><br>**FIGURE 11.2**<br>NTTP packet structure.<br><br>Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 313, 314-315.<br><br>As a further example, "[i]nitiator NIU units…translate[] AHB transactions AHB transactions into an equivalent NTTP packet sequence, and transports requests and responses to and from a target NIU, that is, slave IP" and the "AHB-to-NTTP unit instantiates a Translation Table for address decoding" with the table "receiv[ing] 32-bit AHB addresses from the NIU and returns the packet header and necker information that is needed to access the NTTP address space: Slave address, Slave offset, Start offset, and the coherency size": |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
|  | ### 11.3.2.1   *Initiator NIU Units* |
|  | Initiator NIU units (the architecture of the AHB initiator is given in Figure 11.4) enable connection between an AMBA-AHB master IP and the NoC. It translates AHB transactions into an equivalent NTTP packet sequence, and transports requests and responses to and from a target NIU, that is, slave IP (slave can be any of the supported protocols). The AHB-to-NTTP unit instantiates a Translation Table for address decoding. This table receives 32-bit AHB addresses from the NIU and returns the packet header and necker information that is needed to access the NTTP address space: Slave address, Slave offset, Start offset, and the coherency size (see Figure 11.2). Whenever the AHB address does not fit the predefined decoding range, the table asserts an error signal that sets the error bit of the corresponding NTTP request packet, for further error handling by the NoC. The translation table is fully user-defined at design time: it must first be completed with its own hardware parameters, then passed to the NIU. |
|  | Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 317. |
| (c) determining, at said address translation unit, which message receiving module S is being addressed in said | The Arteris NoC utilized by the Snapdragon SoC included in the Motorola product determines, at said address translation unit, which message receiving module S is being addressed in said message request issued from said addressing module M based on said single address, either literally or under the doctrine of equivalents. For example, the Arteris NoC used by the Snapdragon SoC included in the Motorola product uses Network Interface Units (NIUs), which "translate[] between third-party [OCP, AMBA AHB, APB, |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| message request issued from said addressing module M based on said single address, and | and AXI protocols] and NTTP protocols" and in the Arteris NoC, "[m]ost transactions require the following two-step transfers," including "[a] master send[ing] request packets" and "the slave return[ing] response packets": <br><br> ### 11.3.1.1  *Transaction Layer* <br><br> The transaction layer is compatible with bus-based transaction protocols used for on-chip communications. It is implemented in NIUs, which are at the boundary of the NoC, and translates between third-party and NTTP protocols. Most transactions require the following two-step transfers: <br><br> • A master sends request packets. <br> • Then, the slave returns response packets. <br><br> As shown in Figure 11.1, requests from an initiator are sent through the master NIU's transmit port, Tx, to the NoC request network, where they are routed to the corresponding slave NIU. Slave NIUs, upon reception of request packets |

43

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | on their receive ports, Rx, translate requests so that they comply with the protocol used by the target third-party IP node. When the target node responds, returning responses are again converted by the slave NIU into appropriate response packets, then delivered through the slave NIU's Tx port to the response network. The network then routes the response packets to the requesting master NIU, which forwards them to the initiator. At the transaction level, NIUs enable multiple protocols to coexist within the same NoC. From the point of view of the NTTP modules, different third-party protocols are just packets moving back and forth across the network. |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| |  **FIGURE 11.1** NTTP protocol layers mapped on NoC units and Media Independent NoC Interface—MINI. *See* Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 312-313. As a further illustration, the "Arteris NTTP protocol is packet-based" and the packets, which have "header and necker cells [that] contain information relative to routing, payload size, packet type, and the packet target address," are "transported to other parts of the NoC to accomplish the transactions that are required by foreign IP nodes": |

45

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | ***11.3.1.2   Transport Layer***<br><br>The Arteris NTTP protocol is packet-based. Packets created by NIUs are transported to other parts of the NoC to accomplish the transactions that are required by foreign IP nodes. All packets are comprised of cells: a header cell, an optional necker cell, and possibly one or more data cells (for packet definition see Figure 11.2; further descriptions of the packet can be found in the next subsection). The header and necker cells contain information relative to routing, payload size, packet type, and the packet target address. Formats for request packets and response packets are slightly different, with the key difference being the presence of an additional cell, the necker, in the request packet to provide detailed addressing information to the target.<br><br>*Id.* at 313.<br><br>As a further example, the packets sent in the Arteris NoC are "composed of cells that are organized into fields, with each field carrying specific information," including "Slave address" and "Slave offset": |

**U.S. Patent No. 7,769,893 (Goossens)**

"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | |

| Field | Size | Function |
|---|---|---|
| Opcode | 4 bits/3 bits | Packet type: 4 bits for requests, 3 bits for responses |
| MstAddr | User Defined | Master address |
| SlvAddr | User Defined | Slave address |
| SlvOfs | User Defined | Slave offset |
| Len | User Defined | Payload length |
| Tag | User Defined | Tag |
| Prs | User defined (0 to 2) | Pressure |
| BE | 0 or 4 bits | Byte enables |
| CE | 1 bit | Cell error |
| Data | 32 bits | Packet payload |
| Info | User Defined | Information about services supported by the NoC |
| Err | 1 bit | Error bit |
| | | |
| StartOfs | 2 bits | Start offset |
| StopOfs | 2 bits | Stop offset |
| WrpSize | 4 bits | Wrap size |
| Rsv | Variable | Reserved |
| CtlId | 4 bits/3 bits | Control identifier, for control packets only |
| CtlInfo | Variable | Control information, for control packets only |
| EvtId | User defined | Event identifier, for event packets only |

47

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | 

FIGURE 11.2
NTTP packet structure.

Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 313, 314-315.

As a further example, "[i]nitiator NIU units…translate[] AHB transactions AHB transactions into an equivalent NTTP packet sequence, and transports requests and responses to and from a target NIU, that is, slave IP" and the "AHB-to-NTTP unit instantiates a Translation Table for address decoding" with the table "receiv[ing] 32-bit AHB addresses from the NIU and returns the packet header and necker information that is needed to access the NTTP address space: Slave address, Slave offset, Start offset, and the coherency size": |

48

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
| --- | --- |
| | ### 11.3.2.1   *Initiator NIU Units* |

*Initiator NIU units (the architecture of the AHB initiator is given in Figure 11.4) enable connection between an AMBA-AHB master IP and the NoC. It translates AHB transactions into an equivalent NTTP packet sequence, and transports requests and responses to and from a target NIU, that is, slave IP (slave can be any of the supported protocols). The AHB-to-NTTP unit instantiates a Translation Table for address decoding. This table receives 32-bit AHB addresses from the NIU and returns the packet header and necker information that is needed to access the NTTP address space: Slave address, Slave offset, Start offset, and the coherency size (see Figure 11.2). Whenever the AHB address does not fit the predefined decoding range, the table asserts an error signal that sets the error bit of the corresponding NTTP request packet, for further error handling by the NoC. The translation table is fully user-defined at design time: it must first be completed with its own hardware parameters, then passed to the NIU.*

Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 317.

As further example, "[f]or the AHB target NIU, the AHB address space is mapped from the NTTP address space using the slave offset, the start/stop offset, and the slave address fields, when applicable (from the header of the request packet, Figure 11.2)":

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | **11.3.2.2   Target NIU Units**<br><br>Target NIU units enable connection of a slave IP to the NoC by translating NTTP packet sequences into equivalent packet transactions, and transporting requests and responses to and from targets (the architecture of the AHB Target NIU is given in Figure 11.5). For the AHB target NIU, the AHB address space is mapped from the NTTP address space using the slave offset, the start/stop offset, and the slave address fields, when applicable (from the header of the request packet, Figure 11.2). The AHB address bus is always<br><br>*Id.* at 318. |
| (d) further determining, at said address translation unit, the particular location within the addressed message receiving module S based on said single address. | The Arteris NoC utilized by the Snapdragon SoC included in the Motorola product further determines, at said address translation unit, the particular location within the addressed message receiving module S based on said single address, either literally or under the doctrine of equivalents.<br><br>For example, the Arteris NoC uses Network Interface Units (NIUs), which "translate[] between third-party [OCP, AMBA AHB, APB, and AXI protocols] and NTTP protocols" and in the Arteris NoC, "[m]ost transactions require the following two-step transfers," including "[a] master send[ing] request packets" and "the slave return[ing] response packets": |

50

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | ### 11.3.1.1  *Transaction Layer*

The transaction layer is compatible with bus-based transaction protocols used for on-chip communications. It is implemented in NIUs, which are at the boundary of the NoC, and translates between third-party and NTTP protocols. Most transactions require the following two-step transfers:

- A master sends request packets.
- Then, the slave returns response packets.

As shown in Figure 11.1, requests from an initiator are sent through the master NIU's transmit port, Tx, to the NoC request network, where they are routed to the corresponding slave NIU. Slave NIUs, upon reception of request packets

on their receive ports, Rx, translate requests so that they comply with the protocol used by the target third-party IP node. When the target node responds, returning responses are again converted by the slave NIU into appropriate response packets, then delivered through the slave NIU's Tx port to the response network. The network then routes the response packets to the requesting master NIU, which forwards them to the initiator. At the transaction level, NIUs enable multiple protocols to coexist within the same NoC. From the point of view of the NTTP modules, different third-party protocols are just packets moving back and forth across the network. |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| |  **FIGURE 11.1** NTTP protocol layers mapped on NoC units and Media Independent NoC Interface—MINI. *See* Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 312-313. As a further illustration, the "Arteris NTTP protocol is packet-based" and the packets, which have "header and necker cells [that] contain information relative to routing, payload size, packet type, and the packet target address," are "transported to other parts of the NoC to accomplish the transactions that are required by foreign IP nodes": |

52

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | **11.3.1.2   Transport Layer**<br><br>The Arteris NTTP protocol is packet-based. Packets created by NIUs are transported to other parts of the NoC to accomplish the transactions that are required by foreign IP nodes. All packets are comprised of cells: a header cell, an optional necker cell, and possibly one or more data cells (for packet definition see Figure 11.2; further descriptions of the packet can be found in the next subsection). The header and necker cells contain information relative to routing, payload size, packet type, and the packet target address. Formats for request packets and response packets are slightly different, with the key difference being the presence of an additional cell, the necker, in the request packet to provide detailed addressing information to the target.<br><br>*Id.* at 313.<br><br>As a further example, the packets sent in the Arteris NoC are "composed of cells that are organized into fields, with each field carrying specific information," including "Slave address" and "Slave offset": |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | |

| Field | Size | Function |
|---|---|---|
| Opcode | 4 bits/3 bits | Packet type: 4 bits for requests, 3 bits for responses |
| MstAddr | User Defined | Master address |
| SlvAddr | User Defined | Slave address |
| SlvOfs | User Defined | Slave offset |
| Len | User Defined | Payload length |
| Tag | User Defined | Tag |
| Prs | User defined (0 to 2) | Pressure |
| BE | 0 or 4 bits | Byte enables |
| CE | 1 bit | Cell error |
| Data | 32 bits | Packet payload |
| Info | User Defined | Information about services supported by the NoC |
| Err | 1 bit | Error bit |
| | | |
| StartOfs | 2 bits | Start offset |
| StopOfs | 2 bits | Stop offset |
| WrpSize | 4 bits | Wrap size |
| Rsv | Variable | Reserved |
| CtlId | 4 bits/3 bits | Control identifier, for control packets only |
| CtlInfo | Variable | Control information, for control packets only |
| EvtId | User defined | Event identifier, for event packets only |

54

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| |  |

**FIGURE 11.2**
NTTP packet structure.

Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 313, 314-315.

As a further example, "[i]nitiator NIU units…translate[] AHB transactions AHB transactions into an equivalent NTTP packet sequence, and transports requests and responses to and from a target NIU, that is, slave IP" and the "AHB-to-NTTP unit instantiates a Translation Table for address decoding" with the table "receiv[ing] 32-bit AHB addresses from the NIU and returns the packet header and necker information that is needed to access the NTTP address space: Slave address, Slave offset, Start offset, and the coherency size":

55

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | ### 11.3.2.1   *Initiator NIU Units*<br><br>Initiator NIU units (the architecture of the AHB initiator is given in Figure 11.4) enable connection between an AMBA-AHB master IP and the NoC. It translates AHB transactions into an equivalent NTTP packet sequence, and transports requests and responses to and from a target NIU, that is, slave IP (slave can be any of the supported protocols). The AHB-to-NTTP unit instantiates a Translation Table for address decoding. This table receives 32-bit AHB addresses from the NIU and returns the packet header and necker information that is needed to access the NTTP address space: Slave address, Slave offset, Start offset, and the coherency size (see Figure 11.2). Whenever the AHB address does not fit the predefined decoding range, the table asserts an error signal that sets the error bit of the corresponding NTTP request packet, for further error handling by the NoC. The translation table is fully user-defined at design time: it must first be completed with its own hardware parameters, then passed to the NIU.<br><br>Networks-On-Chips Theory and Practice, https://vdoc.pub/download/networks-on-chips-theory-and-practice-embedded-multi-core-systems-6f26qivv11f0, at 317.<br><br>As further example, "[f]or the AHB target NIU, the AHB address space is mapped from the NTTP address space using the slave offset, the start/stop offset, and the slave address fields, when applicable (from the header of the request packet, Figure 11.2)": |

**U.S. Patent No. 7,769,893 (Goossens)**
"Integrated circuit and method for establishing transactions"

| '9893 Patent Claim | Motorola Product Including Snapdragon System on Chip[1] |
|---|---|
| | ***11.3.2.2   Target NIU Units***<br><br>Target NIU units enable connection of a slave IP to the NoC by translating NTTP packet sequences into equivalent packet transactions, and transporting requests and responses to and from targets (the architecture of the AHB Target NIU is given in Figure 11.5). For the AHB target NIU, the AHB address space is mapped from the NTTP address space using the slave offset, the start/stop offset, and the slave address fields, when applicable (from the header of the request packet, Figure 11.2). The AHB address bus is always<br><br>*Id.* at 318. |

4866-5149-4465.3