IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD.; ) | Civil Action No. 2:22-cv-481 |
| SAMSUNG ELECTRONICS AMERICA, INC.; ) | |
| SAMSUNG AUSTIN SEMICONDUCTOR, ) | **JURY TRIAL DEMANDED** |
| LLC; SAMSUNG SEMICONDUCTOR, INC.; ) | |
| LENOVO GROUP LTD.; ONEPLUS ) | |
| TECHNOLOGY (SHENZHEN) CO., LTD., ) | |
| ) | |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Network System Technologies, LLC ("NST" or "Plaintiff") is a Delaware limited liability company. NST has no corporate parent, and no publicly traded company owns ten percent (10%) or more of NST's stock.

Dated: December 29, 2022         Respectfully submitted,

/s/ *William E. Davis, III*

William E. Davis, III
DAVIS FIRM PC
213 N. Fredonia Street, Suite 230
Longview, TX 75601
(903) 235-2588
bdavis@davisfirm.com

Daniel S. Stringfield
NIXON PEABODY LLP
70 West Madison St., Suite 5200
Chicago, IL 60602
(312) 977-4130
dstringfield@nixonpeabody.com

        Erica J. Van Loon
        Vincent Capati
        NIXON PEABODY LLP
        300 S. Grand Avenue, Suite 4100
        Los Angeles, CA 90071
        (213) 629-6000
        evanloon@nixonpeabody.com
        vcapati@nixonpeabody.com

        *Attorneys for Plaintiff Network System Technologies, LLC*