UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:22-cv-00481-JRG

Name of party requesting extension: Samsung Austin Semiconductor, LLC

Is this the first application for extension of time in this case?  ☑ Yes   ☐ No

If no, please indicate which application this represents:  ☐ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 12/22/2022

Number of days requested:  ☐ 30 days   ☐ 15 days   ☑ Other 45 days

New Deadline Date: 02/27/2023  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Melissa Richards Smith

State Bar No.: 24001351

Firm Name: GILLAM & SMITH, LLP

Address: 303 South Washington Avenue
         Marshall, Texas   75670

Phone: (903) 934-8450

Fax: (903) 934-9257

Email: melissa@gillamsmithlaw.com

A certificate of conference does not need to be filed with this unopposed application.