UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:22-cv-00481-JRG

Name of party requesting extension: Samsung Electronics America, Inc.

Is this the first application for extension of time in this case?   ☑ Yes   ☐ No

If no, please indicate which application this represents:   ☐ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 12/22/2022

Number of days requested:   ☐ 30 days
☐ 15 days
☑ Other  45  days

New Deadline Date: 02/27/2023   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Melissa Richards Smith

State Bar No.: 24001351

Firm Name: GILLAM & SMITH, LLP

Address: 303 South Washington Avenue
Marshall, Texas   75670

Phone: (903) 934-8450

Fax:   (903) 934-9257

Email: melissa@gillamsmithlaw.com

A certificate of conference does not need to be filed with this unopposed application.