**EXHIBIT 3**



Bo Davis

*Local. Strategic. Dedicated. Driven.*

January 19, 2023

OnePlus Technology (Shenzhen) Co, Ltd.
One Plus USA Corp.
By serving its Registered Agent
Wayne Zhao
5000 Riverside Drive, Building 5, Suite 300
Irving, Texas 75039

RE:   Civil Action No. 2:22-cv-481-JRG  Network System Technologies, LLC v. Samsung Electronics Co., Ltd., et al

Dear Sir/Madam:

Attached please find an Original Complaint, together with all attachments, being served on OnePlus via your office as registered agent on its behalf.

Very truly yours,

William E. Davis, III

WED/jj
Encs.