**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| Network System Technologies, LLC,<br>Plaintiff,<br><br>v.<br><br>Samsung Electronics Co., Ltd. et al.,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:22-cv-00481-JRG<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING DEFENDANT ONEPLUS'S RULE 12(b)(6)
MOTION TO DISMISS NST's DIRECT INFRINGEMENT CLAIMS AGAINST
ONEPLUS**

Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus") filed its opposed Rule 12(b)(6) Motion to Dismiss NST's Direct Infringement Claims Against OnePlus.  After reviewing the briefing of the parties thereon, the Court finds that granting OnePlus's Motion is appropriate and warranted as a matter of law because NST has not adequately pled any direct infringement by OnePlus.  For the foregoiong reasons, OnePlus's motion is GRANTED.

It is therefore ORDERED that Plaintiff Network System Technologies, LLC's direct infringement claims against OnePlus Technology (Shenzhen) Co., Ltd. be dismissed with prejudice in their entirety.