IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG SEMICONDUCTOR, INC., LENOVO GROUP LTD., and ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § CIVIL CASE NO. 2:22-CV-00481-JRG |

## ORDER

Before the Court is Plaintiff Network System Technologies, LLC's ("Plaintiff") Unopposed Motion to Withdraw Its Motion for Leave to Serve Third Party Subpoenas (the "Motion"). (Dkt. No. 44.) In the Motion, Plaintiff requests that the Court withdraw its Motion for Leave to Serve Third Party Subpoenas (Dkt. No. 19). (*Id.* at 1.) Defendant does not oppose the Motion. (*Id.* at 1, 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** the Plaintiff's Motion for Leave to Serve Third Party Subpoenas (Dkt. No. 19) is hereby withdrawn. It is further **ORDERED** that the Clerk shall **WITHDRAW** the Motion for Leave to Serve Third Party Subpoenas (Dkt. No. 87).

**So ORDERED and SIGNED this 11th day of May, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE