# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG AUSTIN SEMICONDUCTOR, LLC,<br>SAMSUNG SEMICONDUCTOR, INC.; ONEPLUS<br>TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>Defendants. | CASE NO. 2:22-CV-481-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Network System Technologies, LLC and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Austin Semiconductor, LLC, and Samsung Semiconductor, Inc. (collectively, "the Parties") jointly notify the Court that all matters in controversy between the Parties have been settled in principle and jointly move for entry of an Order staying the above-captioned case in its entirety.  Given all matters in controversy between the Parties have been settled in principle, the Parties jointly request that the Court stay all proceedings in this matter for 30 days so that appropriate dismissal papers may be submitted.


Dated: May 24, 2024

*Daniel S. Stringfield w/ permission*
*William E. Davis, III*
William E. Davis, III
Texas Bar No. 24047416
Ty Wilson
Texas Bar No. 24106583
**DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, TX 75601
Telephone: (903) 230-9090
bdavis@davisfirm.com
twilson@davisfirm.com

Daniel S. Stringfield
**NIXON PEABODY LLP**
70 West Madison St., Suite 5200
Chicago, IL 60602
Telephone: (312) 977-4130
dstringfield@nixonpeabody.com

Erica J. Van Loon
Vincent Capati
**NIXON PEABODY LLP**
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
evanloon@nixonpeabody.com
vcapati@nixonpeabody.com

David R. Kocan
**NIXON PEABODY LLP**
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Telephone: (415) 984-8282
dkocan@nixonpeabody.com

*Attorney for Plaintiff Network System Technologies, LLC*

Respectfully Submitted

*Melissa R. Smith*
Melissa R. Smith
Andrew T. Gorham
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com
tom@gillamsmithlaw.com

Gregory S. Arovas, P.C. (*pro hac vice*)
Alan M. Rabinowitz (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
garovas@kirkland.com
alan.rabinowitz@kirkland.com

Edward C. Donovan, P.C. (*pro hac vice*)
F. Christopher Mizzo, P.C. (*pro hac vice*)
Michael A. Pearson, Jr. (*pro hac vice*)
Karthik Ravishankar (*pro hac vice*)
Stephen C. DeSalvo (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
edonovan@kirkland.com
chris.mizzo@kirkland.com
michael.pearson@kirkland.com
karthik.ravishankar@kirkland.com
stephen.desalvo@kirkland.com

Adam M. Janes (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-3971
Facsimile: (312) 862-2200

adam.janes@kirkland.com

*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung Austin Semiconductor, LLC; and Samsung Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 24, 2024.

*William E. Davis, III*
William E. Davis, III

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is joined in its entirety by Plaintiff Network System Technologies, LLC and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Austin Semiconductor, LLC, and Samsung Semiconductor, Inc.

*William E. Davis, III*
William E. Davis, III