# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG SEMICONDUCTOR, INC.; ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>Defendants. | CASE NO. 2:22-CV-481-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff Network System Technologies, LLC ("NST") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Austin Semiconductor, LLC, and Samsung Semiconductor, Inc.'s ("Samsung") Joint Motion to Stay All Deadlines and Notice of Settlement. The Court having considered same is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that all deadlines in the above-styled case are stayed for 30 days.