IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD, § <br> SAMSUNG ELECTRONICS AMERICA, INC., § <br> SAMSUNG AUSTIN SEMICONDUCTOR, § <br> LLC, and SAMSUNG SEMICONDUCTOR, § <br> INC., § <br> § <br> *Defendants*. § | CIVIL CASE NO. 2:22-CV-00481-JRG |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff Network System Technologies, LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Austin Semiconductor, LLC, and Samsung Semiconductor, Inc. (collectively, "Defendants" and with Plaintiff, the "Parties"). (Dkt. No. 157.) In the Motion, the Parties represent that they "have resolved Plaintiff's claims for relief against [Defendant] and [Defendants'] counterclaims for relief against Plaintiff asserted in this case." (*Id*. at 1.) The Parties therefore request the Court to:

1. Dismiss without prejudice Plaintiff's claims for relief against Defendants premised upon any Qualcomm[1] chips (*e.g.*, integrated circuits), or any chips supplied by any entity other than Defendants or their Affiliates.[2]

---

[1] "Qualcomm" means Qualcomm Technologies, Inc., Qualcomm Incorporated, and/or any of their Affiliates.
[2] "Affiliates" means any and all entities, for so long as the Control exists, that are Controlled, directly or indirectly, by the entity, wherein "Control" shall mean the legal, beneficial, and/or equitable ownership of more than fifty percent (50%) of (i) the voting power representing the right to vote for directors or other managing authority, (ii) equity ownership interest in an entity, or (iii) other ownership interest in an entity.

2. Dismiss with prejudice Plaintiff's remaining claims for relief against Defendants.

3. Dismiss without prejudice Defendants' claims, defenses or counterclaims for relief against Plaintiff.

(*Id*. at 1–2.) The Parties also state that "all attorneys' fees, costs of court and expenses borne by the party incurring same." (*Id*. at 2.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that (1) Plaintiff's claims for relief against Defendants premised upon any Qualcomm chips (*e.g.*, integrated circuits), or any chips supplied by any entity other than Defendants or their Affiliates are **DISMISSED WITHOUT PREJUDICE**; (2) Plaintiff's remaining claims for relief against Defendants are **DISMISSED WITH PREJUDICE**; and (3) Defendants' claims, defenses or counterclaims for relief against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

Jun 29, 2024

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE